**E. T. WRIGHT, doing business as DR. PEPPER BOTTLING COMPANY OF LAKELAND, FLORIDA, v. MARION JANES.**

13 So. (2nd) 599                              January Term, 1943
May 21, 1943                                          Division B

*Leroy Collins, Ronald A. Julian* and *Carver & Langston,* for appellant.

*Treadwell & Treadwell* and *E. D. Treadwell,* for appellee.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.